1068

No. 88–1312. ESTATE OF CORNETT ET AL. v. ESTATE OF SIKES ET AL. C. A. 5th Cir. Certiorari denied.

No. 88–1326. SCIARRA ET AL. v. UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 88–5062. MOLTON, ADMINISTRATOR FOR THE ESTATE OF MOLTON v. CITY OF CLEVELAND ET AL. C. A. 6th Cir. Certiorari denied.

No. 88–5878. PRENZLER v. DIRECTOR, OFFICE OF WORKERS' COMPENSATION PROGRAMS, ET AL. C. A. 9th Cir. Certiorari denied.

No. 88–5966. MCDONALD v. TANSY, WARDEN. C. A. 10th Cir. Certiorari denied.

No. 88–6008. MUHAMMAD v. QUINLAN, DIRECTOR, BUREAU OF PRISONS, ET AL. C. A. 8th Cir. Certiorari denied.

No. 88–6026. GRIDER v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 88–6063. YAGOW v. PRODUCTION CREDIT ASSOCIATION OF FARGO. C. A. 8th Cir. Certiorari denied.

No. 88–6064. YAGOW v. PRODUCTION CREDIT ASSOCIATION OF FARGO. C. A. 8th Cir. Certiorari denied.

No. 88–6073. YAGOW v. PRODUCTION CREDIT ASSOCIATION OF FARGO. C. A. 8th Cir. Certiorari denied.

No. 88–6105. BELL v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 88–6212. ROBINSON v. UNITED STATES; and
No. 88–6331. BLANKENSHIP v. UNITED STATES. C. A. 6th Cir. Certiorari denied. Reported below: 862 F. 2d 316.

No. 88–6258. POTTS v. GEORGIA. Sup. Ct. Ga. Certiorari denied.

No. 88–6293. ROBINSON v. UNITED STATES ET AL. C. A. 11th Cir. Certiorari denied.